# NO. 12-20-00061-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *NORMAN L. AGNEW,* *APPELLANT* | *§* | *APPEAL FROM THE 145TH* |
| *V.* | | |
| | *§* | *JUDICIAL DISTRICT COURT* |
| *CITY OF NACOGDOCHES POLICE* *DEPT., DETECTIVE SCOTT WEEMS* *AND DETECTIVE DANIEL* *JOHNSON,* *APPELLEES* | *§* | *NACOGDOCHES COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.3(c).

Appellant, Norman L. Agnew, acting pro se, filed a notice of appeal from an order granting summary judgment in favor of Appellees and dismissing Agnew's lawsuit with prejudice.  On February 26, 2020, the Clerk of this Court notified Agnew that the notice of appeal failed to contain the information specifically required by Texas Rule of Appellate Procedure 9.5 and Section 51.017(a) of the Texas Civil Practice and Remedies Code.  *See* TEX. R. APP. P. 9.5 (service); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record); *Muhammed v. Plains Pipeline, L.P.*, No. 12-16-00189-CV, 2017 WL 2665180, at *2 n.3 (Tex. App.—Tyler June 21, 2017, no pet.) (mem. op.) (pro se litigants are held to same standards as licensed attorneys and must comply with all applicable rules of procedure; otherwise, pro se litigants would benefit from an unfair advantage over parties represented by counsel).  The notice warned that, unless Agnew filed a proper notice of appeal on or before March 27, the appeal would be referred to the Court

for dismissal.  Agnew filed an amended notice of appeal, which still failed to comply with Rule 9.5 and Section 51.017(a).

Because Agnew failed, after notice, to comply with Rule 9.5 and Section 51.017(a), the appeal is ***dismissed***.  *See* TEX. R. APP. P. 42.3(c) (on its own initiative after giving ten days' notice to all parties, appellate court may dismiss appeal if appeal is subject to dismissal because appellant failed to comply with a requirement of these rules, a court order, or a notice from the clerk requiring a response or other action within a specified time).  All pending motions are ***overruled as moot***.

Opinion delivered April 22, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 22, 2020**

**NO. 12-20-00061-CV**

**NORMAN L. AGNEW,**
Appellant
V.
**CITY OF NACOGDOCHES POLICE DEPT.,**
**DETECTIVE SCOTT WEEMS AND DETECTIVE DANIEL JOHNSON,**
Appellees

Appeal from the 145th District Court

of Nacogdoches County, Texas (Tr.Ct.No. C1934820)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*